AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Southern Nevada Glaziers and Fabricators Pension Trust<br>         Plaintiff,<br>v.<br>Cynthia A Tope, Pamela J Tope,<br><br>         Defendants. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:21-cv-01323-JCM-DJA |

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against Defendant Cynthia A. Tope, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend.

|   | |
|---|---|
| 3/30/22<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ H. Magennis<br>Deputy Clerk |